The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASHANDEEP SINGH, | Case No. 2:24-cv-01703-BJR |
| Plaintiff, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |
| v. | |
| UR JADDOU, *et al.*, | |
| Defendants. | |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to hold this case in abeyance until June 11, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on December 27, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until June 11, 2025.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01703-BJR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1   Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for February 11, 2025. USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. After the interview, USCIS will need time to adjudicate Plaintiff's asylum application. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process his asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until June 11, 2025. The parties will submit a joint status report on or before June 11, 2025.

//

//

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01703-BJR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  DATED this 16th day of December, 2024
\
2 Respectfully submitted,

3 TESSA M. GORMAN                                   GIBBS HOUSTON PAUW
United States Attorney

4
*s/ Michelle R. Lambert*                                     *s/ Emily Simcock*
5 MICHELLE R. LAMBERT, NYS #4666657    EMILY SIMCOCK, WSBA# 55635
Assistant United States Attorney                   1000 Second Avenue, Suite 1600
6 United States Attorney's Office                       Seattle, Washington 98104-1003
Western District of Washington                    Phone: (206) 682-1080
7 1201 Pacific Avenue, Suite 700                   Email: emily.simcock@ghp-law.net
Tacoma, Washington 98402
8 Phone: (253) 428-3824                                  *Attorney for Plaintiff*
Fax:    (253) 428-3826
9 Email:  michelle.lambert@usdoj.gov

10 *Attorneys for Defendants*

11 *I certify that this memorandum contains 414 words, in compliance with the Local Civil Rules.*

12

13

14

15

16

17

18

19

20

21

22

23

24

**ORDER**

The case is held in abeyance until June 11, 2025.  The parties shall submit a joint status report on or before June 11, 2025.  It is so **ORDERED**.

DATED this 18th day of December, 2024.

_Barbara J. Rothstein_
Barbara J. Rothstein
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01703-BJR] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800