District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASHANDEEP SINGH, | Case No. 2:24-cv-01703-BJR |
| Plaintiff, | STIPULATED MOTION TO DISMISS AND ORDER |
| v. | |
| KIKA SCOTT, *et al.*,[1] | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Senior Official Performing the Duties of the Director Kika Scott for Ur M. Jaddou, and Secretary Kristi Noem for Alejandro Mayorkas.

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01703-BJR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  //

2      DATED this 5th day of March, 2025.

3  Respectfully submitted,

4  TEAL LUTHY MILLER            GIBBS HOUSTON PAUW
   Acting United States Attorney

5

   *s/ Michelle R. Lambert*            *s/ Emily Simcock*
6     MICHELLE R. LAMBERT, NYS #4666657     EMILY SIMCOCK, WSBA# 55635
   Assistant United States Attorney             Gibbs Houston Pauw
7     United States Attorney's Office              1000 Second Avenue, Suite 1600
   Western District of Washington            Seattle, Washington 98104-1003
8     1201 Pacific Avenue, Suite 700              Phone: 206-682-1080
   Tacoma, Washington 98402                Email: emily.simcock@ghp-law.net
9     Phone: (206) 553-7970                    *Attorneys for Plaintiff*
   Fax:     (206) 553-4067
10 Email: michelle.lambert@usdoj.gov

11 *Attorneys for Defendants*

12 *I certify that this memorandum contains 76*
*words, in compliance with the Local Civil Rules.*

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO DISMISS            UNITED STATES ATTORNEY
[Case No. 2:24-cv-01703-BJR] - 2                1201 PACIFIC AVE., STE. 700
                                                         TACOMA, WA 98402
                                                         (253) 428-3800

**ORDER**

The case is dismissed without prejudice. It is so **ORDERED**.

DATED this 6th day of March 2025.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01703-BJR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800